IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL GIPSON,

      Petitioner,                  No. CIV S-07-0260 LKK DAD P

   vs.

D.K. SISTO, Warden, et al.,

      Respondents.              ORDER

                                /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and has paid the filing fee. However, petitioner has failed to sign his application. In addition, petitioner has failed to complete the application, instead, referring the court to his lengthy attachments. The court is unable to consider an unsigned application or an application that fails to clearly lay out each ground for relief with supporting facts. See Rule 2(c), Fed. Rules Governing § 2254 Cases. Accordingly, petitioner's February 9, 2007 application will be dismissed with thirty days leave to file an amended application.

        Petitioner has also requested appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. The court does not find that the interests of justice require the appointment of counsel at the present time. Accordingly, petitioner's request will be denied.

For the reasons stated above, IT IS HEREBY ORDERED that:

1. Petitioner's February 9, 2007 application is dismissed;

2. The Clerk of the Court is directed to send petitioner a form for filing an application for writ of habeas corpus by a person in state custody under 28 U.S.C. § 2254;

3. Petitioner is granted thirty days from the date of service of this order to file an amended application that complies with the requirements of the Federal Rules of Civil Procedure; that any amended application must bear the docket number assigned this case and must be labeled "Amended Application;" that petitioner must file an original and one copy of the amended application for each respondent; that his failure to file an amended application in accordance with this order will result in the dismissal of this action; and

4. Petitioner's February 9, 2007 request for appointment of counsel is denied.

DATED: March 12, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gips0260.9.hab