IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL GIPSON,

     Petitioner,                   No. CIV S-07-0260 LKK DAD P

   vs.

D.K. SISTO, Warden, et al.,

     Respondents.              ORDER

_____/

     Petitioner, a state prisoner proceeding pro se, has filed an amended petition for a writ of habeas corpus pursuant to this court's March 13, 2007 order.[1] Petitioner challenges the Board of Parole Hearings' 2005 decision to deny him parole.

     Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

/////

/////

---

[1] Petitioner filed an amended petition on March 30, 2007. Subsequently, he filed a second amended petition on April 10, 2007. The court will proceed on petitioner's most recently filed second amended petition.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents are directed to file a response to petitioner's April 10, 2007 amended petition within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

3. If the response to petitioner's amended petition is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's April 10, 2007 amended petition on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: March 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gips0260.100f