IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL GIPSON,** | 2:07-cv-00260-LKK-DAD (HC) |
| Petitioner, | |
| v. | **ORDER** |
| **D. K. SISTO, Warden, et al.,** | |
| Respondents. | |

Respondent has requested an extension of time to file a response to the Petition for Writ of Habeas Corpus. Good cause appearing, IT IS HEREBY ORDERED that Respondent's April 4, 2008 request for an extension of time is granted. Respondent shall file a response by June 3, 2008.

DATED: April 7, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/gips0260.111

1