IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL GIPSON,

    Petitioner,                    No. CIV S-07-0260 LKK DAD P

    vs.

D.K. SISTO, Warden, et al.,

    Respondents.              ORDER

_____/

    Petitioner is a state prisoner proceeding pro se with an amended petition for writ of habeas corpus, challenging the Board of Parole Hearings' 2005 decision to deny him parole.

    On May 22, 2008, respondents filed a motion, requesting a stay of these proceedings pending issuance of the mandate in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), <u>reh'g</u> en banc <u>granted</u>, 527 F.3d 797 (9th Cir. May 16, 2008). Petitioner has filed a timely opposition to respondents' motion. Respondents have not filed a reply.

    After a review of the record and the relevant case law, this court concludes that respondents' motion should be denied. See <u>Landis v. North American Co.</u>, 299 U.S. 248, 254 (1936) (a district court has broad discretion in deciding whether to stay proceedings in its own court).

/////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondents' May 22, 2008 motion, requesting a stay is denied; and

2. Within sixty days from the date of this order, respondents shall file a new response to petitioner's amended habeas petition in accordance with this court's March 5, 2008 order.

DATED: July 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gips0260.msty