1
2
3
4
5
6              **IN THE UNITED STATES DISTRICT COURT**

7            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    MICHAEL GIPSON,                    )    Case No. 2:07-cv-00260-MSB
                                         )
10             Petitioner,              )    **ORDER**
                                         )
11   vs.                                 )
                                         )
12   D. K. SISTO, Warden, et al.,        )
                                         )
13             Respondents.             )
     _____)
14
          The Court is in receipt of Petitioner Michael Gipson's fully-briefed Petition for Writ of
15
     Habeas Corpus.  (Dkt. #s 1, 16, 17).  The Court will await the decision of the *en banc* panel of the
16
     United States Court of Appeals for the Ninth Circuit in *Hayward v. Marshall*, No. 06-55392, before
17
     ruling on the Petition.
18

19
          DATED this 15th day of September, 2009.
20

21
                                         /s/ Marsha S. Berzon
22                                       _____

23                                       MARSHA S. BERZON
                                         United States Circuit Judge
24                                       Sitting by designation

25
26
27
28